■ ROBERT ROTONDI, JR., et al., Appellants, v LINDA ROTONDI, Respondent. [638 NYS2d 368] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Ark, J. (Appeal from Order of Supreme Court, Monroe County, Ark, J.—Summary Judgment.) Present—Green, J. P., Fallon, Callahan, Doerr and Davis, JJ.